FILED
CLERK, U.S. DISTRICT COURT

NOV 10 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 15-2195M |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING |
| | ) | CONDITIONS OF RELEASE] AFTER HEARING |
| v. | ) | (18 U.S.C. § 3148(b): |
| SERYAN MIRZAKHANYAN | ) | (Allegations of Violation of |
| | ) | Pretrial Conditions of Release) |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Hughes].

B.

The court finds there is

(1)

    (A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (X) Clear and convincing evidence that the defendant has violated any other condition of release; and

(ie, remanded into custody by District Judge in charging district)

1   (2)

2       (A)   (X)   Based on the factors set forth in 18 U.S.C. § 3142(g),
3                        there is no condition or combination of conditions of
4                        release that will assure that the person will not flee or
5                        pose a danger to the safety or any other person or the
6                        community; or

7       (B)   ( )   The person is unlikely to abide by any condition or
8                        combination of conditions of release.

9                       and/or, in the event of (1)(A)

10   (3)         ( )   There is probable cause to believe that, while on
11                       release, the defendant committed a Federal, State, or
12                       local felony, and the presumption that no condition or
13                       combination of conditions will assure that the person
14                       will not pose a danger to the safety of any other person
15                       or the community has not been rebutted.

16                       <u>or</u>

17   (4)         ( )   The court finds that there are conditions of release that
18                       will assure that the defendant will not flee or pose a
19                       danger to the safety of any other person or the
20                       community, and that the defendant will abide by such
21                       conditions.  <u>See</u> separate order setting conditions.

22            ( )   It is further ordered that this order is stayed for 72
23                       hours in order to allow the Government to seek review
24                       from the [assigned district judge] [criminal duty
25                       district judge].

26                       <u>or</u>

27

28

C.

(X)  IT IS ORDERED defendant be detained prior to trial.

DATED: 11/10/15

_____

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]